# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHANE DONOVAN BROOKS,
Appellant,

vs.

NEVADA DEPARTMENT OF
CORRECTIONS; "NDOC"; WILLIAM A.
GITTERE, WARDEN; JAMES
DZURENDA, DIRECTOR; AND NDOC
EMPLOYEES,
Respondents.

No. 78848

FILED

JUN 24 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Appellant filed a notice of appeal on May 20, 2019. The notice of appeal does not designate an appealable order. *See* NRAP 3(a). To the extent that appellant appeals from a postconviction petition for a writ of habeas corpus, no decision had been made on the petition. Rather, the district court entered an order granting appellant's motion to voluntarily dismiss his petition on April 18, 2019.[1] Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

---

[1]Appellant filed a "motion to voluntarily dismiss action with prejudice" in district court on March 6, 2019.

19-27087

cc: Hon. Steve L. Dobrescu, District Judge
Shane Donovan Brooks
Attorney General/Carson City
Attorney General/Ely
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A